FILED

October 19, 2015

Third Court of Appeals
Jeffrey D. Kyle
Clerk

September 30, 2015

## MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

DOCKET NUMBER - 03-15-00471-CV

CAUSE N NUMBER - 14-0679-C

ROSE M. GEISTER
   Defendant

ZWICKER & ASSOCIATES
(DISCOVER BANK)
   Plaintiff

I, Rose M. Geister, the appellant, would like to file a "Motion for an

Extension of Time to File my Brief". I would like the extension to be

30 days, resulting in a due time for the brief to be due as

November 12, 2015, if possible.

Respectfully Submitted by:

Rose M. Geister

156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net

RECEIVED

OCT 0 5 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served

upon all counsel of record by placing a copy of the same in the United States

mail, postage prepaid, and sent to their last address.

Sent by regular mail to:

Attn:  Liz in Motions Dept.

Court of Appeals

Third District of Texas

P.O. Box 12547

Austin, Texas 78711-2547

On this 30th, day of September, 2015

Respectfully submitted by:

Rose M. Geister
156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served

upon all counsel of record by placing a copy of the same in the United States

mail, postage prepaid, and sent to their last address.

<u>Sent by regular mail to:</u>

<u>Attn:</u>  Troy Bolen

Zwicker and Associates

Old Town Square

#1 Chisholm Trail Suite 301

Round Rock, Texas 78681

On this 30th, day of September, 2015

Respectfully submitted by:

Rose M. Geister
156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net

**October 15, 2015**

**CORRECTION OF THE MOTION FOR AN EXTENSION OF TIME TO FILE A BRIEF**

**DOCKET NUMBER – 03-15-00471-CV**

**CAUSE NUMBER – 14-0679-C**

RECEIVED

OCT 1 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

**ROSE M. GEISTER**
          **APPELLANT (PRE SE)**

**DISCOVER BANK/ZWICKER & ASSOCIATES**
          **PLAINTIFF**

I, Rose M. Geister, the Appellant, have tried repeatedly in the past week to confer with Zwicker & Assocs. to see if there was any opposition to my taking the additional time. The first time I called, on 10/07/2015, I spoke to Jessica, a litigation asst., told her what I needed, then asked to speak to Troy Bolen. She told me to hold on, and I did for three minutes. I then called back, and it went straight into the answering machine. Each time I called after that it went straight into the answering machine. I will be in the Deputy Asst. office, Mr. Crocker, at the 3rd court of appeals on Monday, 10/19/2015, to pay the $10.00 due, enter this corrected Motion, and to file my brief.

Thank you for your time in advance.

Respectfully submitted by:

Rose M. Geister

156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net

September 30, 2015

## MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

DOCKET NUMBER - 03-15-00471-CV

CAUSE N NUMBER - 14-0679-C

**ROSE M. GEISTER**
      **Defendant**

**ZWICKER & ASSOCIATES**
**(DISCOVER BANK)**
      **Plaintiff**

I, Rose M. Geister, the appellant, would like to file a "Motion for an

Extension of Time to File my Brief". I would like the extension to be

30 days, resulting in a due time for the brief to be due as

November 12, 2015, if possible.

Respectfully Submitted by:

Rose M. Geister

156 Granite Shoals Drive
Kyle, Texas 78640
(512) 644-7221
rmg721@comcast.net

Mrs. Rose M. Geister
156 Granite Shoals Dr
Kyle, TX 78640

AUSTIN TX
RIO GRANDE DISTR
01 OCT 2015 PM 2

Freedom FOREVER

Equality FOREVER

Att: Lin. Motion Dept.
Court of Appeals
Third District of Texas
PO Box 12547
Austin, Texas 78711-2547